| AO-10 (WP) Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)* |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)* JOHNSON, STERLING JR. | 2. Court or Organization U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK | 3. Date of Report 3-28-08 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* SENIOR DISTRICT COURT JUDGE | **5a.** Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial _X_ Annual ___ Final | **6. Reporting Period** 1/1/07 to 12/31/07 |
|---|---|---|
| | **5b.** ___ Amended Report | |

| 7. Chambers or Office Address 225 CADMAN PLAZA EAST BROOKLYN, N.Y. 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[X] **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[ ] **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. PENSION | AS A FORMER NYC EMPLOYEE I RECEIVE A CITY PENSION |
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[ ] **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. PENSION | NEW YORK CITY | $60,800 |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[X] **NONE** (No reportable non-investment income.)

| | |
|---|---|
| 1. | |
| 2. | |

2008 APR -1 A 9:33 RECEIVED FINANCIAL ... OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| STERLING JOHNSON, JR. | 3-28-08 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

[X] **NONE** (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | HARVARD | 1/7-13/07 | CAMBRIDGE | TRIAL ADVOCACY WORKSHOP | T/L/F |
| 2. | FJC | 5/21-23/07 | NEW ORLEANS | ISSUES IN THE LAW | T/L/F |
| 3. | FED. BAR ASSOC. & USCC | 5/23-26/07 | UTAH | SENTENCING GUIDELINES SEMINAR | T/L/F |
| 4. | DEA | 7/8-13/07 | TRINIDAD | SPEAKING ENGAGEMENT | T/L/F |
| 5. | FJC | 8/5-7/07 | TEXAS | DEATH PENALTY WORKSHOP | T/L/F |
| 6. | HARVARD | 9/9-15/07 | CAMBRIDGE | TRIAL ADVOCACY WORKSHOP | T/L/F |
| 7. | COLUMBUS STATE UNV. | 11/6-10 | COLUMBUS, GA | SPEAKING ENGAGEMENT | T/L/F |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

[ ] NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NAVY FEDERAL CREDIT UNION | CAR | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| STERLING JOHNSON, JR. | 3-28-08 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 GREAT WESTERN BANK | E | INT | K | T | | | | | |
| 2 NY MUNICIPAL BOND | A | INT | J | T | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | - | |
| 17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VI.    a.    I have a mortgage on personal residence in Queens, New York that I previously reported.

        b.    I have a mortgage on a personal residence in Virginia Beach, Virginia that I previously reported. I do not receive any income from either premises.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S. ███████████████ lations.

Signature ███████████    _march 31, 2008_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544